1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| ESTATE OF OLIVIA CONTRERA, et al., | CASE NO. 07cv1236-LAB (WMc) |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| FORD MOTOR COMPANY, et al, | |
| Defendant. | |

On August 20, 2007, a telephonic Early Neutral Evaluation Conference was held in the above captioned case. Participating were Jim Mitchell, Esq.(counsel for plaintiff) and Rob Sheilds, Esq.(counsel for defendant). After being advised by counsel of the status of the case, the Court issues the following Order:

1. No destructive testing allowed until a protocol is agreed upon and made an order of the Court.

2. Plaintiff shall be deposed with the assistance of a Spanish language interpreter. The parties must agree upon one interpreter to translate relevant documents and attend depositions. Both parties must use the same interpreter.

3. On or before November 28, 2007, an independent medical exam must be conducted to determine: 1) whether plaintiff is competent to submit to a deposition; and 2) the reasonable accommodations required to complete plaintiff's deposition.

4. The Rule 26(f) conference shall be completed before *October 22, 2007*;

     5. A joint discovery plan shall be lodged with Magistrate Judge McCurine, Jr. on or before *November 5, 2007.* Regarding each witness, the discovery plan will include the name, most current address, most current phone number, and a brief description of the subject matter of his/her testimony. The discovery plan will also include the anticipated dates for the completion of both non-expert discovery and expert discovery; and,

     6. The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur before *November19, 2007*;

     7. Counsel and parties with full settlement authority are ordered to appear ***on November 28, 2007, at 9:30 a.m.*** in the chambers of United States Magistrate Judge William McCurine, Jr., 940 Front Street, Courtroom C, San Diego, California, 92101, for a Case Management Conference/Settlement Conference pursuant to Federal Rule of Civil Procedure 16(b). **<u>Full authority to settle means that the individual present at the settlement conference has the unfettered discretion and authority to: 1) fully explore settlement options and to agree at that time to any settlement options; 2) agree at that time to any settlement terms acceptable to the parties; 3) change the settlement position of a party; and 4) negotiate monetary awards without being restricted to a specific sum certain</u>**.

     IT IS SO ORDERED.

DATED: September 20, 2007

                                      Hon. William McCurine, Jr.
                                      U.S. Magistrate Judge
                                      United States District Court

cc: Honorable Larry A. Burns
    U. S. District Judge

All Counsel and Parties of Record