# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF OLIVIA CONTRERA, et al.,<br><br>                                              Plaintiff,<br>  vs.<br>FORD MOTOR COMPANY,<br><br>                                              Defendant. | CASE NO. 07cv1236-LAB (WMc)<br><br>ORDER SCHEDULING SETTLEMENT DISPOSITION CONFERENCE |

On January 7, 2008, a telephonic Settlement Disposition Conference was held. Participating were Jim Mitchell, Esq.(counsel for plaintiff), and Rob Shields, Esq.(counsel for defendant). After being advised by counsel that settlement is being finalized, the Court issues the following Order:

-A further telephonic status conference will be scheduled for **February 7, 2008, at 9:15 a.m.**

Counsel for Plaintiff is instructed to initiate the call.

      **IT IS SO ORDERED.**

**DATED: January 7, 2008**

*/s/ W. McCurine Jr.*

**Hon. William McCurine, Jr.**
**U.S. Magistrate Judge**
**United States District Court**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28