1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF THE STATE OF CALIFORNIA

| | |
|---|---|
| ESTATE OF OLIVIA CONTRERA, by and through LEOBARDO ESTRADA as Successor in Interest; LEOBARDO ESTRADA, individually; MAURICIO ESTRADA, individually; KARINA ESTRADA, individually; MARISOL ESTRADA, individually; ADELA ESTRADA, individually; ANTONIO ESTRADA, individually; and LUDIVANA ESTRADA, individually,<br><br>           Plaintiffs,<br><br>VS.<br><br>FORD MOTOR COMPANY, a Delaware Corporation; and DOES 1 through 50, Inclusive,<br><br>           Defendants | CASE NO. 07cv1236-LAB(WMc)<br><br>ORDER APPOINTING GUARDIAN AD LITEM |

- 1 -

///

The Petition of German Estrada, to be appointed as Guardian Ad Litem of Antonio Estrada and Fernando Estrada, minors, to prosecute the above-entitled action on behalf of Antonio Estrada and Fernando Estrada was considered by the Court on this date.

On proof made to the satisfaction of the Court, the Court finds that the appointment is expedient.

IT IS ORDERED that the petition of German Estrada be granted and German Estrada is appointed Guardian Ad Litem of Antonio Estrada and Fernando Estrada, minors, to prosecute the above-captioned action for Antonio and Fernando Estrada.

DATED: January 24, 2008

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court